RECEIVED
IN ALEXANDRIA, LA.
NOV - 6 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STAFFORD WAYNE DAUZAT,<br>    Appellant | CIVIL ACTION NO. 11-1831 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| U.S. COMMISSIONER OF SOCIAL SECURITY,<br>    Appellee | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Dauzat's case is REMANDED to the Commissioner for further proceedings.

IT IS FURTHER ORDERED that additional medical evidence be obtained and considered on remand.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 5th day of November, 2012.

                                              /s/ James T. Trimble, Jr.
                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE